**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CHRISTOPHER YOUNG, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:24-cv-01613-PX |
| CRISTAL CRISPEN, *et al.*, | * | |
| Defendants. | | |

\*\*\*

## MEMORANDUM ORDER

Presently pending is Plaintiff Christopher Young's Motion to reopen the case and reconsider this Court's order of dismissal for lack of subject matter jurisdiction. ECF No. 9. Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, reconsideration is available "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." *Pacific Ins. Co. v. American Nat. Fire Ins. Co.*, 148 F.3d 396, 403 (4th Cir. 1998).

Young has provided no grounds for the Court to reconsider its prior decision. Young requests that the Court reopen the case because "the case has already been accepted," and he wants to "transfer it somewhere else." ECF No. 10. It is unclear what Young means by this, but it certainly does not support reconsideration. Accordingly, it is this 9th day of April 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiffs' Motion to Reopen Case (ECF No. 10) IS DENIED; and

2. The Clerk SHALL MAIL a copy of this Order to the parties and CLOSE this case.

April 9, 2025  
Date

/s/  
Paula Xinis  
United States District Judge